**MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
**THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
**CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: Craig.miller@lacity.org
Tel:  (213) 978-7022   Fax:  (213) 978-8785

**ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ANTHONY CHOI, ALEJANDRO JOSE LOPEZ, LESLEY PERKINS and JONATHAN STEWARD**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSTON R. THENEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF CHARLIE BECK, SERGEANT CHOI (35670), OFFICER AFFUL, and Does 1 through 10,<br>　　　　　Defendants. | Case No.: CV 15-09602 AB (AFMx)<br>Honorable Judge: Andre Birotte Jr.<br>Honorable Magistrate Judge: Alexander F. MacKinnon<br><br>**ANSWER OF DEFENDANTS, ALEJANDRO JOSE LOPEZ, LESLEY PERKINS and JONATHAN STEWARD TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMES NOW DEFENDANTS, ALEJANDRO JOSE LOPEZ, LESLEY PERKINS and JONATHAN STEWARD** answering Plaintiff, Joston R. Theney's First Amended Complaint in the above-entitled action, for themselves and for no other party, hereby admit, deny, and allege as follows:

1

1. Answering paragraph 1 of the Complaint, defendants admit the allegations contained therein.

2. Answering paragraph 2 of the Complaint, defendants admit the allegations contained therein.

3. Answering paragraph 3 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

5. Answering paragraph 5 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

6. Answering paragraph 6 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

7. Answering paragraph 7 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

8. Answering paragraph 8 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

10. Answering paragraph 10 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering paragraph 26 of the Complaint, defendants deny the allegations contained therein.

27. Answering paragraph 27 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

28. Answering paragraph 28 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

29. Answering paragraph 29 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

30. Answering paragraph 30 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

31. Answering paragraph 31 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

32. Answering paragraph 32 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

33. Answering paragraph 33 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

34. Answering paragraph 34 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

35. Answering paragraph 35 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

36. Answering paragraph 36 and subparts (a) though (g) of the Complaint, defendants deny the allegations contained therein.

37. Answering paragraph 37 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

38. Answering paragraph 38 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

39. Answering paragraph 39 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

40. Answering paragraph 40 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defenses, defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

41. The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for self-defense

## SECOND AFFIRMATIVE DEFENSE

42. The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the defense of others.

## THIRD AFFIRMATIVE DEFENSE

43. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure section 340(3).

## FOURTH AFFIRMATIVE DEFENSE

44. The action is barred for lack of standing to sue.

## FIFTH AFFIRMATIVE DEFENSE

45. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because defendants'

conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**SIXTH AFFIRMATIVE DEFENSE**

46. Defendants City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

**SEVENTH AFFIRMATIVE DEFENSE**

47. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

> Government Code §§ 815.2, 815.6, 818, 820.2, 820.4, 820.8, 834, 834(a), 835, 835(a) and 845.6.
>
> Penal Code 836 and 836.5.

**EIGHTH AFFIRMATIVE DEFENSE**

48. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

///

///

///

///

///

8

**NINTH AFFIRMATIVE DEFENSE**

49. Defendants' conduct was privileged.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATE: **June 24, 2016**

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SUPER. ASSIST CITY ATTORNEY**

BY: /S/ - Craig J. Miller
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANTS ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ANTHONY CHOI, ALEJANDRO JOSE LOPEZ, LESLEY PERKINS and JONATHAN STEWARD**

# DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

DATE: **June 24, 2016**

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SUPER. ASSIST CITY ATTORNEY**

**BY:** */S/ - Craig J. Miller*
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANTS ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, ANTHONY CHOI, ALEJANDRO JOSE LOPEZ, LESLEY PERKINS and JONATHAN STEWARD**