John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103

Telephone: (626) 449-8300
Facsimile: (626) 449-8197

Attorneys for Plaintiff Joston Theney

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSTON R. THENEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICERS RICHMOND AFFUL AND MARIA SANTOS,<br><br>Defendants. | Case No. CV15-09602 AB (AFMx)<br><br>**JOINT EXHIBIT LIST**<br><br>**Pretrial Conference:**<br><br>Date: December 22, 2017<br>Time: 11:00 a.m.<br><br>**Trial:**<br><br>Date: January 9. 2018<br>Time: 8:30 a.m. |

The parties hereto, through their respective attorneys of record, hereby submit the following joint exhibit list

| Ex. No. | Description | Plaintiffs Objection | Defendants Objection |
|---|---|---|---|
| 1. | Real time recording of radio traffic from first plate request to "Code 4" with time stamping | | |
| 2. | Real time recording of radio traffic from first plate request to "Code 4" without time stamping | | |
| 3. | Transcript of Radio Broadcast (If prepared and stipulated to) | | |

| Ex. No. | Description | Plaintiffs Objection | Defendants Objection |
|---|---|---|---|
| 4. | Incident Recall (0001-03) | | |
| 5. | Incident Recall (0004-05) | | |
| 6. | Choi CAD Summary Report (0023) | | |
| 7. | Afful CAD Summary Report (0032-33) | | |
| 8. | Perkins CAD Summary Report (0035) | | |
| 9. | Lopez CAD Summary Report (0036) | | |
| 10. | Automated Field Data Report (0039) | | |
| 11. | 911 Query (0040-41) | | |
| 12. | 911 Query (0109-16) | | |
| 13. | POST Learning Domain 22 (Vehicle Pullovers) | | |
| 14. | LAPD High Risk Vehicle Stops (00997-1024) | | |
| 15. | LAPD Investigative Vehicle Pullover (01049-52) | | |
| 16. | Automobile photos (Theney Depo Ex. 101 & 102) | | |

Respectfully submitted,

Dated: December 8, 2017         THE LAW OFFICES OF JOHN BURTON

                        By:  /S/ John Burton
                        _____
                        John Burton
                        Attorneys for Plaintiff

- 2 -

| | | |
|---|---|---|
| 1 | Dated: December 8, 2017 | LOS ANGELES CITY ATTORNEY'S OFFICE |
| 2 | | By: /s/ Elizabeth T. Fitzgerald |
| 3 | | Elizabeth T. Fitzgerald<br>Attorneys for Defendants |
| 4 | Dated: December 8, 2017 | THOMAS J. FEELEY, APC |
| 5 | | |
| 6 | | By: /s/ Thomas J. Feeley |
| 7 | | Thomas J. Feeley<br>Attorneys for Defendant Afful |

John Burton attests that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized its filing.

By /s/ John Burton           DATED: December 8, 2017
John Burton
Attorneys for Plaintiff

- 3 -